IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


ADRIANNE KELLY,
LAMONTEZ MOYE, and
BRAXTON BURTON,

     Plaintiffs,

v.                                                            4:21cv419–WS/MAF

CAPITAL ASSOCIATION
MANAGEMENT GROUP,
et al.,

     Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF

No. 9) docketed December 6, 2021. The magistrate judge recommends that

Plaintiffs' complaint be dismissed as an impermissible shotgun pleading, for

failure to comply with a court order, and for failure to state a claim. Plaintiffs have

filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 9) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED for failure to comply with a court order and for failure to state a claim.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this ___11th___ day of ___January___, 2022.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE